**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:25-CV-25808-JIC

MARK GUMBEL,

      Plaintiff,

v.

UNIFIN, INC.,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Mark Gumbel and Defendant UNIFIN, Inc submit this Joint Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: April 20, 2026

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Respectfully Submitted,


/s/ Mitchell D. Hansen
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No. 1065929
E-mail: mitchell@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: 754-444-7539

*COUNSEL FOR PLAINTIFF*


*/s/ Rachel M. Fleishman*
Rachel M. Fleishman, Esq.
Florida Bar No. 1026438
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 130
Tampa, Florida 33618
Telephone: (813) 775-2170
Facsimile: (877) 334-0661
rfleishman@sessions.legal
dvanhoose@sessions.legal

*CONSEL FOR DEFENDANT*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 20, 2026, the forgoing was electronically via the

Court's CM/ECF system on all counsel of record.

<u>/s/ Mitchell D. Hansen</u>
**MITCHELL D. HANSEN, ESQ.**
Florida Bar No. 1065929
E-mail: mitchell@jibraellaw.com