UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-25808-CIV-COHN/STRAUSS

MARK GUMBEL,

       Plaintiff,

vs.

UNIFIN, INC.,

       Defendant.

_____/

## STATUS REPORT ORDER

**THIS CAUSE** is before the Court *sua sponte*. On April 20, 2026, the parties filed a Joint Notice of Settlement. DE 14. Since that time, however, the record reflects no activity by the parties, and over thirty days have passed. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties shall file a **JOINT STATUS REPORT** indicating the status of the settlement no later than **June 4, 2026**. Alternatively, the parties may file papers seeking dismissal of this action by that date.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of May, 2026.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF